# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **BILL EDDINS,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO:  2:11-cv-2152** |
| ) | |
| **AMSHER COLLECTION SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SETTLEMENT

COME NOW the Defendant, AmSher Collection Services and the Plaintiff, Bill Eddins, and respectfully provide notice that the parties have reached a resolution of the disputes between them and request thirty (30) days to file a Stipulation of Dismissal and other dismissal documents.

Attorney Larry Young, Jr. certifies he has the express permission and agreement of counsel for the Plaintiff to affix his respective electronic signature hereon and further certifies the Parties have agreed to the terms and conditions of this motion.

Respectfully Submitted,

/s/ Larry Young, Jr.
Neal D. Moore, III
Larry Young, Jr.
*Attorneys for Defendant AmSher Collection Services*
FERGUSON, FROST & DODSON, LLP

{W0307547.1 }

        2500 Acton Road, Suite 200
        Birmingham, Alabama 35243
        (205) 879-8722 – telephone
        (205) 879-8831 – telecopier
        Email: ndm@ffdlaw.com
        Email: lay@ffdlaw.com


        /s/ Brandon L. Blankenship
        Brandon L. Blankenship
        *Attorney for Plaintiff Bill Eddins*
        BLANKENSHIP HARRELSON LLP
        15 South Lake Lane, Suite 350
        Birmingham, Alabama 35244
        (205) 912-8248 – telephone
        (205) 912-8258 – telecopier
        Email:
        brandon.blankenship@bhattorneysllc.com